Thomas Joe MILLER–EL, Petitioner–Appellant,

v.

Doug DRETKE, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.

No. 00–10784.

United States Court of Appeals, Fifth Circuit.

Decided July 25, 2005.

James William Marcus, Houston, TX, Andrew A. Hammel, San Antonio, TX, for Petitioner–Appellant.

Ann Kraatz, Gena Blount Bunn, Assistant Attorney General, Office of the Attorney General for the State of Texas, Austin, TX, for Respondent–Appellee.

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM: \*

Pursuant to the mandate of the Supreme Court of the United States, *see Miller–El*

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*v. Dretke,* —— U.S. ——, 125 S.Ct. 2317, —— L.Ed.2d —— (Jun. 13, 2005), the above styled and numbered petition is remanded to the district court with instructions that an order be entered: (1) granting the petition for writ of habeas corpus; (2) setting aside Petitioner's conviction and sentence for capital murder; (3) ordering the release of Petitioner from custody unless the State grants Petitioner a new trial within 120 days from the date of the entry of the district court's order; and (4) entering final judgment for Petitioner.

REMANDED WITH INSTRUCTIONS.